AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>GREGORY SCOTT DE CROW<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  MJ<br>)        6:18-CR: 00204-JR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 6, 2018** in the county of **Lane** in the _____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2), (a)(5)(B) | Receipt and Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of HSI SA Shafqat Mirza which is incorporated herein.

☐ Continued on the attached sheet.

*Complainant's signature*

Shafqat Mirza, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/11/2018

*Judge's signature*

City and state: _____

Mark D. Clarke
*Printed name and title*

DISTRICT OF OREGON,      ss:    AFFIDAVIT OF SHAFQAT MIRZA

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Shafqat Mirza, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent (SA) with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Medford, Oregon. HSI is responsible for enforcing the customs laws, immigration laws, and federal criminal statutes of the United States. As a law enforcement officer of the United States, I am authorized by law to conduct investigations and to make arrests for felony and administrative offenses.

2. I have been employed as a federal law enforcement officer since 2002 and as an HSI Special Agent in the District of Oregon since 2007. I have extensive training and experience in several areas of investigation, but for the purposes of this affidavit, I have had training and experience related to investigations and offenses involving child exploitation, child pornography, and child sex trafficking. My duties include the enforcement of federal criminal statutes prohibiting the sexual exploitation of children, including 18 U.S.C. §§ 2251-2259, the Sexual Exploitation of Children Act (SECA), and 18 U.S.C. § 2423(a), which prohibits the interstate transportation of a minor for the purpose of engaging in unlawful sexual conduct. I have participated in numerous executions of search warrants involving child exploitation and/or child pornography offenses, and the search and seizure of computers and other digital devices.

3. This affidavit is made in support of a criminal complaint and arrest warrant for Gregory Scott DE CROW (hereinafter "DE CROW"), for violation of Title 18, United States Code, Section

2252A(a)(2), and (a)(5)(B), involving the transportation, distribution, receipt, possession, and access with intent to view of child pornography.

4.      The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; information gained through my training and experience; and information gained from other law enforcement officers with specialized computer training. Because this affidavit is submitted in support of a criminal complaint and arrest warrant, it does not set forth every fact that I or others have learned during the course of this investigation.

## Applicable Law

5.      Title 18, United States Code, Section § 2252A (a)(1) makes it a crime to knowingly transport child pornography using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer. Section 2252A(a)(2) makes it a crime to knowingly receive or distribute any child pornography that has been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means or facility, including by computer. Title 18, United States Code, Section 2252A(a)(5)(B) makes it a crime to knowingly possess or access with intent to view child pornography that has been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer. The term child pornography is defined in Title 18, United States Code, Section 2256(8).

## Statement of Probable Cause

6. I have been involved and continue to be involved in an investigation of DE CROW for activities related to the distribution and possession of child pornography. The investigation began when I received a lead from HSI Cyber Crimes Center (C3) which identified a unique Internet Protocol (IP) address to an online user who, on June 13, 2018, downloaded child pornography and child sexual abuse video from a Peer to Peer (P2P) network. On July 18, 2018, Comcast Cable Communications identified the IP address for this incident to a residence in Eugene, Oregon. Investigation revealed that DE CROW was the person associated with and living at the residence.

7. On August 30, 2018, I obtained a federal search warrant for the residence associated with DE CROW located at 1800 Lakewood CT, SPC 73, Eugene, OR 97402 (hereinafter "Premises"), which had been identified through the IP address. I had probable cause to believe that contraband and evidence, fruits, and instrumentalities of violations were located at the Premises.

8. The search warrant was executed on September 6, 2018. DE CROW was present at the residence and was interviewed after his MIRANDA rights were advised and he agreed to speak with HSI Medford Agents without an attorney. When agents executed the search warrant at DE CROW's residence, DE CROW's desktop computer was in the process of downloading approximately sixty-six (66) child pornography videos from the P2P file sharing clients "Shareaza" and "Emule."

9. During the recorded interview, DE CROW admitted that he had been downloading and looking at child pornography for at least the past two (2) years because he was curious.

10. I seized several digital and electronic evidence, including electronic storage media devices from DE CROW's computers and other removable digital data storage media such as external hard drives, thumb drives, flash drives, as evidence from DE CROW's residence.

11. On September 6, 2018, all seized digital devices were turned over to HSI Medford Certified Forensic Agent (CFA) Chio for forensic examination. During the initial search of some of the digital devises, CFA Chio advised me that he had located several child pornography images and videos.

12. On September 10, 2018, I viewed the following files of significance that were located on different media storage devices seized during the search warrant:

   a. A video file with the name "*[PTHC - NEW 2014] - YOU ASKED FOR MORE - 9yo pussy fucked and fingered - preteen underage pedo daughter*". The video was 6:13 minutes/seconds long and depicted a prepubescent preschool age female victim being vaginally penetrated by an adult male's penis. The video ended with the following caption "... *Hey Pedodaddy, fuck your daughter hard, she'll love it ;)*"

   b. A video file with the name "*+[pthc] ~Under A Violet Moon~ (32m28s, HD) - 11yo 12yo 13yo 14yo opva creampie cumshot 2014 pedo preteen anal kids lolita ptsc_000*". The full color compilation video was 32:28 minutes/seconds long and depicted several prepubescent females in different scenes engaging in various sexual acts. In one scene, two prepubescent females were engaging in various sexual acts, such as kissing and anal sodomy with a vibrator. Additional scenes depicted an adult male ejaculating on a prepubescent females' face and mouth.

      c. An image file with the name "*!!Pthc Lsm Magazine 9Yo Kidzilla Pre-Teen Young Little Girls Harry Potter Jenny – Airyanna*". This image is similar to a cropped full color image on paper found at DE CROW's residence behind his computer desk. The original image from the seized electronic device depicts a prepubescent female who is wearing an orange shirt and is naked below the waist with her vagina exposed.

      d. An image file with the name "*P8Yo Girl Suck 8Yo Boy Dick Pthc 1Yo 2Yo 3Yo 4Yo 5Yo 6Yo 7Yo 8Yo 9Yo 10Yo 11Yo 12Yo Hussyfan Qqaazz Lsm Lsbar Ls-Island Ls-Magazine Kdquality Vdbest (51)*" appears to depict a prepubescent female of school age on top of an adult male with his penis penetrating the victim's vagina.

### Conclusion

12. Based on the above information, I have probable cause to believe, and do believe, that DE CROW violated Title 18, United States Code, Sections 2252A (a)(2) and (a)(5)(B), involving the receipt and possession of child pornography. I therefore request that the Court issue the requested criminal complaint and arrest warrant.

13. Prior to being submitted to the Court, this affidavit and the requested arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Pam Paaso, and AUSA Paaso advised me that in her opinion the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested complaint and warrant.

\\\

\\\

\\\

Shafqat Mirza
Special Agent, Homeland Security Investigation

Subscribed and Sworn to before me this 11 day of September 2018.

MARK D. CLARKE
United States Magistrate Judge